IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILMA D. CANNON, | ) | |
| | ) | |
| v. | ) | 3:09-00715 |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security | ) | |

**O R D E R**

Before the Court is Defendant's Motion For Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g) With Remand To Defendant, Document #19, and Defendant's Memorandum in Support of Motion, Document #20. No objections have been filed.

Defendant's Motion to Remand for further evaluation, Document #19, is **GRANTED**, and the Administrative Law Judge will obtain from Plaintiff information about her past relevant work (PRW). Once the physical and mental demands of Plaintiff's PRW are ascertained, the Administrative Law Judge will compare them with her residual functional capacity (RFC). The Administrative Law Judge will also determine, at step four of the sequential evaluation process, whether Plaintiff is capable of performing any of her PRW; if not, updated information will be obtained from a vocational expert.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge